UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DEREK THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:21-cv-00160-JRS-MKK |
| | ) |
| JACQUELINE CARMICHAEL, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## FINAL JUDGMENT

The Court, having this day made its Order directing the entry of final judgment, now enters FINAL JUDGMENT. Consistent with the Court's screening order (dkt. 143) and its order on Defendants' motion for summary judgment, Plaintiff's claims against Defendants are dismissed **with prejudice**.

Date: 7/24/2023

_JAMES R. SWEENEY II, JUDGE_
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _Samantha Burmester_
Deputy Clerk, U.S. District Court

Distribution:

DEREK THOMAS
#08564-082
FORT DIX - FCI
FORT DIX FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 2000
FORT DIX, NJ 08640

Douglass R. Bitner
Stoll Keenon Ogden PLLC
doug.bitner@skofirm.com

Rachel D. Johnson
Stoll Keenon Ogden PLLC
rachel.johnson@skofirm.com

Lara K. Langeneckert
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
lara.langeneckert@btlaw.com

Christopher L. Morgan
United States Attorney's Office
United States Courthouse
300 State St.
Springfield, MA 01105

Gina M. Shields
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
Gina.Shields@usdoj.gov

Sarah Jean Shores-Scisney
Stoll Keenon Ogden PLLC (SKO)
sarah.shores@skofirm.com

Shelese M. Woods
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
shelese.woods@usdoj.gov